# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEXT CALLER INC. ) <br> ) <br> Defendant. ) | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Plaintiff TRUSTID, Inc. ("TRUSTID" or "Plaintiff"), by and through its undersigned attorneys, hereby moves for an Order in the form attached hereto, authorizing Plaintiff to file under seal its Complaint, filed contemporaneously herewith. In support of this Motion, Plaintiff states as follows:

1. The Complaint references, quotes, and attaches an agreement that imposes a duty on Defendant Next Caller Inc. ("Next Caller") to not use or disclose TRUSTID's confidential trade-secret information for Next Caller's own purposes. This agreement has been designated by the parties as "confidential."

2. If Plaintiff does not file the Complaint and the exhibits thereto under seal, it may violate the confidentiality provision of the agreement.

3. Because the above-named Defendant has not yet been served with this Complaint, it has not had the opportunity to review the allegations in the Complaint and meet and confer with Plaintiff to discuss the redaction of any such confidential information. In this regard, the attached proposed order contemplates that Plaintiff will file a public version of the Complaint

1

within seven days of effectuating service of the above-named Defendant to allow for sufficient time to discuss the redaction of any confidential information.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order, in the form attached hereto, granting Plaintiff leave to file the Complaint and exhibits under seal.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Of Counsel*:

Michael D. Specht
Byron Pickard
Jonathan Tuminaro
Richard Bemben
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-2600
mspecht@skgf.com
bpickard@skgf.com
jtuminar@skgf.com
rbemben@skgf.com

 */s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
1000 North King Street
Wilmington, DE 19801
(302) 571-6642
apoff@ycst.com

*Counsel for Plaintiff TRUSTID, Inc.*

Dated: January 30, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEXT CALLER INC. ) <br> ) <br> Defendant. ) | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

## ORDER

The Court having considered Plaintiff's Motion for Leave to File Complaint Under Seal;

IT IS HEREBY ORDERED this _____ day of January, 2018, that the Motion is GRANTED. Plaintiff shall file a public version of the Complaint within seven days of serving the Defendant with the Complaint.

_____
UNITED STATES DISTRICT JUDGE