IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC. <br><br> Plaintiff, <br><br> v. <br><br> NEXT CALLER, INC. <br><br> Defendant. | C.A. No. 18-172-LPS-CJB |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

Pursuant to Fed. R. Civ. P. 15, and D. Del. LR 15.1, Plaintiff TRUSTID, Inc. respectfully requests leave to file a Second Amended Complaint in the above-captioned action to clarify its direct and indirect infringement positions for the three asserted patents in this case. The grounds for this motion are set forth in the letter from Pilar G. Kraman, filed contemporaneously.

DATED: February 22, 2019

*Of Counsel:*

Byron Pickard
Michael D. Specht
Jonathan Tuminaro
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C
1100 New York Avenue NW, Suite 600
Washington, DC 20005
(202) 371-2600
bpickard@sternekessler.com
mspecht@sternekessler.com
jtuminar@sternekessler.com

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

/s/ *Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Counsel for Plaintiff TRUSTID, Inc.*