# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEXT CALLER INC., <br><br> Defendant. | Civil Action No. 18-172-LPS |

## NEXT CALLER INC.'S MOTION TO STRIKE

Defendant Next Caller Inc. ("Next Caller") respectfully moves this Court for an order, substantially in the form attached hereto, striking Plaintiff TRUSTID, Inc.'s ("TRUSTID"*)* Declaration of James R. Bress in Support of Plaintiff TRUSTID, Inc.'s Opening Claim Construction Brief (D.I. 83) and any references thereto in TRUSTID'S Opening Claim Construction Brief (D.I. 82) .

The grounds for this motion are set forth in the letter filed contemporaneously herewith.

| | |
|---|---|
| Dated: April 22, 2019 | Respectfully Submitted, |
| | |
| | */s/ Kristen Healey Cramer* |
| OF COUNSEL: | Kristen Healey Cramer (#4512) |
| | Dana Kathryn Severance (#4869) |
| Paul M. Schoenhard | WOMBLE BOND DICKINSON (US) LLP |
| Nicole M. Jantzi | 1313 North Market Street |
| Ian B. Brooks | Suite 1200 |
| MCDERMOTT WILL & EMERY LLP | Wilmington, DE 19801 |
| 500 North Capitol Street, N.W. | (302) 252-4320 |
| Washington, D.C. 20001 | kristen.cramer@wbd-us.com |
| (202) 758-8000 | dana.severance@wbd-us.com |
| pschoenhard@mwe.com | |
| njantzi@mwe.com | *Attorneys for Defendant Next Caller Inc.* |
| ibrooks@mwe.com | |