## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> NEXT CALLER INC., <br><br> *Defendant.* | C.A. No. 18-cv-00172-LPS |

**TRUSTID, INC.'S ANSWER TO COUNTERCLAIMS OF NEXT CALLER INC.**

Plaintiff TRUSTID, Inc. responds as follows to Defendant Next Caller Inc.'s Counterclaims:

### NATURE OF THE COUNTERCLAIMS

1. TRUSTID admits that Next Caller purportedly asserts counterclaims for declaratory judgment that Next Caller has not infringed U.S. Patent Nos. 9,9001,985 ("the '985 patent"), 8,238,532 ("the '532 patent"), and 9,871,913 ("the '913 patent") (collectively, "the Asserted Patents").

### THE PARTIES

2. Admitted.

3. Admitted.

### JURISDICTION AND VENUE

4. Admitted.

5. Admitted.

6. Admitted.

## NEXT CALLER AND ITS VERICALL<sup>TM</sup> SERVICE

7. TRUSTID admits that Next Caller purportedly asserts that it is a provider of real-time call verification technology.

8. TRUSTID lacks knowledge or information sufficient to form a belief as to the truth of the allegations as written, and therefore denies these allegations.

9. Admitted.

10. TRUSTID lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10, and therefore denies these allegations.

11. Admitted.

12. TRUSTID lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12, and therefore denies these allegations.

13. TRUSTID lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13, and therefore denies these allegations.

14. TRUSTID admits that the VeriCall$^{TM}$ service performs a threat-level analysis and returns the result to Next Caller's customers. TRUSTID denies that the data comes from customer IVR systems.

15. TRUSTID lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and therefore denies these allegations.

16. TRUSTID lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16, and therefore denies these allegations.

17. Admitted.

18. TRUSTID lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18, and therefore denies these allegations.

19. Denied.

20. Denied.

21. Admitted.

22. TRUSTID lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and therefore denies these allegations.

23. Denied.

24. Denied.

25. Denied.

## RESPONSE TO THE FIRST COUNTERCLAIM

26. In response to Counterclaim paragraph 26, TRUSTID restates and incorporates by reference responsive paragraphs 1-25 as though fully set forth herein.

27. Denied.

28. Denied.

29. Denied.

30. Admitted.

31. Admitted.

32. Denied.

## RESPONSE TO THE SECOND COUNTERCLAIM

33. In response to Counterclaim paragraph 33, TRUSTID restates and incorporates by reference responsive paragraphs 1-32 as though fully set forth herein.

34. Denied.

35. Denied.

36. Denied.

37. Admitted.

38. Admitted.

39. Denied.

## RESPONSE TO THE THIRD COUNTERCLAIM

40. In response to Counterclaim paragraph 40, TRUSTID restates and incorporates by reference responsive paragraphs 1-39 as though fully set forth herein.

41. Denied.

42. Denied.

43. Denied.

44. Admitted.

45. Admitted.

46. Denied.

## PRAYER FOR RELIEF

WHEREFORE, TRUSTID prays for entry of judgment in its favor and against Next Caller as follows:

A. Denying all relief sought by Next Caller;

B. An order dismissing each of Next Caller's Counterclaims, with prejudice;

C. An award of TRUSTID's costs and expenses in this action;

D. Such further and additional relief as this Court deems just and proper.

Dated: April 29, 2019

*Of Counsel:*
Michael D. Specht
Byron Pickard
Jonathan Tuminaro
STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-2600
mspecht@sternekessler.com
bpickard@sternekessler.com
jtuminar@sternekessler.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6642
apoff@ycst.com
pkraman@ycst.com

*Counsel for Plaintiff TRUSTID, Inc.*

## **CERTIFICATE OF SERVICE**

I, Pilar G. Kraman, Esquire, hereby certify that on April 29, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on April 29, 2019, I caused the foregoing document to be served by e-mail upon the following counsel:

| | |
|---|---|
| Kristen Healey Cramer | Paul M. Schoenhard |
| Dana K. Severance | Nicole M. Jantzi |
| WOMBLE BOND DICKINSON (US) LLP | Ian B. Brooks |
| 1313 North Market Street | MCDERMOTT WILL& EMERY LLP |
| Suite 1200 | 500 North Capitol Streeet NW |
| Wilmington, DE 19801 | Washington DC 20001 |
| (302) 252-4348 | (202) 756-8000 |
| kristen.cramer@wbd-us.com | pschoenhard@mwe.com |
| dana.severance@wbd-us.com | njantzi@mwe.com |
| | ibrooks@mwe.com |

*Attorneys for Next Caller Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
(302) 571-6600
pkraman@ycst.com

Dated: April 29, 2019            *Attorneys for TRUSTID, Inc.*

23028924.1