# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC., *Plaintiff,* v. NEXT CALLER INC., *Defendant.* | C.A. No. 1:18-cv-00172-LPS |

## PLAINTIFF'S NOTICE OF DEPOSITION OF MATTHEW WILLIAMS

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and District of Delaware Local Rule 30.1, Plaintiff TRUSTID, Inc. ("TRUSTID") will take the deposition of Matthew Williams before a notary public or officer authorized by law to administer oaths. The deposition will commence on July 26, 2019, at 9:00 a.m. at the offices of Sterne, Kessler, Goldstein & Fox, PLLC, 1100 New York Avenue, N.W., Suite 600, Washington, D.C. 20005, or at such other time and place as may be agreed upon by counsel. The deposition will continue from day to day until completed. The testimony at the deposition will be recorded by videographic and/or stenographic means.

| | |
|---|---|
| Dated: July 2, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ Pilar G. Kraman* |
| | Adam W. Poff (No. 3990) |
| | Pilar G. Kraman (No. 5199) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| | apoff@ycst.com |
| | pkraman@ycst.com |

*Of Counsel*:
Jonathan Tuminaro
Michael D. Specht
Byron L. Pickard
Richard M. Bemben
Michael Bruns
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
1100 New York Avenue
Washington, DC  20005
(202) 371-2600
jtuminar@sternekessler.com
mspecht@sternekessler.com
bpickard@sternekessler.com
rbemben@sternekessler.com
mbruns@sternekessler.com

*Attorneys for Plaintiff TRUSTID, Inc.*

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, Esquire, hereby certify that on July 2, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on July 2, 2019, I caused the foregoing document to be served by e-mail upon the following counsel:

Kristen Healey Cramer
Dana K. Severance
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street
Suite 1200
Wilmington, DE 19801
 (302) 252-4348
kristen.cramer@wbd-us.com
dana.severance@wbd-us.com

Paul M. Schoenhard
Nicole M. Jantzi
Ian B. Brooks
MCDERMOTT WILL& EMERY LLP
500 North Capitol Streeet NW
Washington DC 20001
(202) 756-8000
pschoenhard@mwe.com
njantzi@mwe.com
ibrooks@mwe.com

*Attorneys for Next Caller Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
(302) 571-6600
pkraman@ycst.com

Dated: July 2, 2019        *Attorneys for TRUSTID, Inc.*

23028924.1