# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEXT CALLER, INC., <br><br> Defendant. | C.A. No. 18-172-LPS |

## ORDER

At Wilmington, this **2ⁿᵈ** day of **August, 2019**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that the claim terms in this case are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| "source origin confidence metric" | "a number in a range that represents the credibility of the calling party number or the calling party billing number" |
| "consortium information" | "aggregated data from multiple external sources" |
| "source origin confidence matrix" | "source origin confidence metric" |
| "operational status information" | "characteristics about the functional state" |
| "is answered" / "answering" / "answer" | "actually or virtually [goes/going] off hook" |
| "info nation" | "information" |

| | |
|---|---|
| "call" | "any connection over a telecommunications or an information service network and includes, but is not limited to, landline, wireless, modem, facsimile, Session Initiation Protocol (SIP), and Voice over Internet Protocol (VoIP) transmissions" |
| "answer condition" / "answer conditions" | "type of answer activity (e.g., human answer or ringing with no answer)" |

_____
UNITED STATES DISTRICT JUDGE