

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

Pilar G. Kraman
P 302.576.3586
F 302.576.3742
pkraman@ycst.com

August 9, 2019

**VIA CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
United States District Court
844 North King Street
Wilmington, DE 19801

Re:  *TRUSTID, Inc. v. Next Caller, Inc.*, No. 18-172-LPS-CJB

Dear Judge Burke:

Pursuant to paragraph 6 of the Court's Scheduling Order (D.I. 41), the parties write to inform Your Honor that the Court issued its claim construction Order (D.I. 138) in the above referenced matter on August 2, 2019. The parties do not believe that alternative dispute resolution will be productive at this time, but will contact Your Honor, either jointly or *ex parte*, should circumstances change.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

Pilar G. Kraman (No. 5199)

cc:  All Counsel of Record (by CM/ECF)
     Clerk of the Court (by hand delivery)