IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEXT CALLER INC., <br><br> Defendant. | Civil Action No. 18-172-LPS <br><br> REDACTED VERSION |

**DECLARATION OF JONATHAN TUMINARO SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

I, Jonathan Tuminaro, declare as follows:

1. I am a director with the law firm of Sterne, Kessler, Goldstein & Fox, PLLC at 1100 New York Avenue, N.W., Suite 600, Washington, D.C. 20005.

2. I am submitting this Declaration in support of TRUSTID's Answering Brief in Opposition to Defendant's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 9,001,985, 8,238,532, and 9,871,913 (Counts I, II, III, IV, V, VI, VII, VIII, IX).

3. I have personal knowledge of the facts stated herein and, if called upon to do so, would testify competently thereto.

4. Attached as Exhibit 1 is a true and correct copy of portions of the Expert Report of James R. Bress Regarding Infringement by Next Caller Inc. of the Asserted Claims in U.S. Patent Nos. 8,238,532, 9,001,985, and 9,871,913 served on October 4, 2019.

25957380.1

5. Attached as Exhibit 2 is a true and correct copy of portions of the Reply Report of James R. Bress Regarding Infringement by Next Caller Inc. of the Asserted Claims in U.S. Patent Nos. 8,238,532, 9,001,985, and 9,871,913 served on November 22, 2019.

6. Attached as Exhibit 3 is a true and correct copy of portions from the transcript of the Videotaped Deposition of James R. Bress that took place on December 13, 2019.

7. Attached as Exhibit 4 is a true and correct copy of portions from the transcript of the Videotaped Deposition of Arthur T. Brody regarding infringement that took place on December 4, 2019.

8. Attached as Exhibit 5 is a true and correct copy of Next Caller's documentation titled "VeriCall (POST)" with the bates range of NXTCLR0000053-58, which was cited in Mr. Bress's Expert Report Regarding Infringement.

9. Attached as Exhibit 6 is a true and correct copy of Next Caller's Capabilities and Product Features marketing materials with the bates range of NXTCLR0000027-37, which was cited in Mr. Bress's Expert Report Regarding Infringement.

10. Attached as Exhibit 7 is a true and correct copy of an email dated December 8, 2017 from Jeff Kirchick to ▬▬▬▬▬▬▬▬▬▬ with the bates range of NXTCLR0111745, which was attached as Exhibit 10 to the Videotaped Deposition of Arthur T. Brody regarding infringement.

11. Attached as Exhibit 8 is a true and correct copy of Next Caller's presentation titled "Improve the call experience" with the bates range of NXTCLR0004098-107, which was cited in Mr. Bress's Reply Report Regarding Infringement.

12. Attached as Exhibit 9 is a true and correct copy of Next Caller's presentation titled "Improve the call experience" with the bates range of NXTCLR0101878-87, which was attached as Exhibit 19 to the Videotaped Deposition of Arthur T. Brody regarding infringement.

13. Attached as Exhibit 10 is a true and correct copy of Next Caller's presentation titled "Improve the call experience" with the bates range of COMCAST-00053-62, which was cited in Mr. Bress's Reply Report Regarding Infringement.

14. Attached as Exhibit 11 is a true and correct copy of Next Caller's presentation titled "Investor presentation" with the bates range of NXTCLR0004147-64, which was cited in Mr. Bress's Reply Report Regarding Infringement.

15. Attached as Exhibit 12 is a true and correct copy of Next Caller's presentation titled "Investor Presentation January 2018" with the bates range of NXTCLR0176829-47, which was attached as Exhibit 13 to the Videotaped Deposition of Arthur T. Brody regarding infringement.

16. Attached as Exhibit 13 is a true and correct copy of Next Caller's documentation titled "Call Analysis API (POST)" with the bates range of NXTCLR0062066-69.

17. Attached as Exhibit 14 is a true and correct copy of Next Caller's documentation titled "Call Analysis API (POST)" with the bates range of NXTCLR0194286-89, which was attached as Exhibit 23 to the Videotaped Deposition of Arthur T. Brody regarding infringement.

18. Attached as Exhibit 15 is a true and correct copy of Next Caller's document titled "Appendix G: Specific Proposal Preparation Instructions and Additional Considerations" with the bates range of NXTCLR0064992-99, which was cited in Mr. Bress's Expert Report Regarding Infringement.

19. Attached as Exhibit 16 is a true and correct copy of Next Caller's "Incoming Call Validation RFP" prepared for ███████████ with the bates range of NXTCLR0060001-03, which was cited in Mr. Bress's Reply Report Regarding Infringement.

20. Attached as Exhibit 17 is a true and correct copy of an email dated April 6, 2017 from Jeff Kirchick to ███████ with the bates range of NXTCLR0055630, which was cited in Mr. Bress's Reply Report Regarding Infringement.

21. Attached as Exhibit 18 is a true and correct copy of an email dated April 4, 2017 from Jeff Kirchick to ███████ with the bates range of NXTCLR0055447, which was cited in Mr. Bress's Reply Report Regarding Infringement.

22. Attached as Exhibit 19 is a true and correct copy of an email dated March 16, 2017 from Jeff Kirchick to ███████ with the bates range of NXTCLR0054754, which was cited in Mr. Bress's Reply Report Regarding Infringement.

23. Attached as Exhibit 20 is a true and correct copy of an email dated March 16, 2017 from Jeff Kirchick to ███████ with the bates range of NXTCLR0054736, which was cited in Mr. Bress's Reply Report Regarding Infringement.

24. Attached as Exhibit 21 is a true and correct copy of Next Caller's marketing materials titled "Case Study ANI Spoof Detection" with the bates range of NXTCLR0111756, which was attached as Exhibit 11 to the Videotaped Deposition of Arthur T. Brody regarding infringement.

25. Attached as Exhibit 22 is a true and correct copy of portions from the transcript of the Videotaped Deposition of Jeffrey Kirchick that took place on August 1, 2019.

26. Attached as Exhibit 23 is a true and correct copy of portions from the transcript of the Videotaped Deposition of ███████ that took place on September 17, 2019.

27. Attached as Exhibit 24 is a true and correct copy of portions from the transcript of the Rule 30(b)(6) Videotaped Deposition of ▮▮▮▮▮▮▮▮ that took place on May 31, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2020.

/s/ Jonathan Tuminaro
Jonathan Tuminaro

# EXHIBITS 1-24

# Redacted in Their Entirety

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on February 12, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on February 12, 2020, I caused the foregoing document to be served by e-mail upon the following counsel:

Kristen Healey Cramer
Dana K. Severance
Nicholas T. Verna
Womble Bond Dickinson (US) LLP
1313 North Market Street
Suite 1200
Wilmington, DE 19801
(302) 252-4348
kristen.cramer@wbd-us.com
dana.severance@wbd-us.com
Nicholas.verna@wbd-us.com
*Attorneys for Next Caller Inc.*

Paul M. Schoenhard
Nicole M. Jantzi
Ian B. Brooks
MCDERMOTT WILL & EMERY LLP
500 North Capitol Streeet NW
Washington DC 20001
(202) 756-8000
pschoenhard@mwe.com
njantzi@mwe.com
ibrooks@mwe.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

Dated: February 12, 2020    *Attorneys for TRUSTID, Inc.*

23028924.1