IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEXT CALLER INC., <br><br> Defendant. | Civil Action No. 18-172-MN |

## PLAINTIFF TRUSTID, INC.'S MOTION FOR ESTOPPEL

Plaintiff TRUSTID, Inc. moves to preclude Defendant Next Caller Inc. under 35 U.S.C. § 315(e)(2) from raising any prior-art invalidity challenge of U.S. Patent No. 9,001,985. The grounds for this motion are set forth in TRUSTID's Opening Brief in Support of its Motion for Estoppel and supporting papers filed contemporaneously.

Dated: April 27, 2020

*Of Counsel:*

Jonathan Tuminaro
Michael D. Specht
Byron L. Pickard
Daniel S. Block
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
1100 New York Avenue, NW
Washington, DC 20005
(202) 371-2600
jtuminar@sternekessler.com
mspecht@sternekessler.com
bpickard@sternekessler.com
dblock@sternekessler.com

Respectfully submitted,

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiff TRUSTID, Inc.*