

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

November 3, 2020

**HAND DELIVERY AND CM/ECF**

The Honorable Maryellen Noreika
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  Case No. 18-172-MN: TrustID v Next Caller, Inc.

Dear Judge Noreika:

    Subject to the approval of the Court, the parties jointly request a postponement of the 5-day jury trial currently scheduled to begin on December 14, 2020 in view the parties' concerns about conducting a jury trial in the midst of the on-going pandemic. Subject to the availability of the Court, the parties have availability in June and July 2021 for a jury trial, by which point the pandemic situation hopefully has changed.

    Counsel are available at the Court's convenience should Your Honor have any questions or wish to schedule a status conference.

Respectfully submitted,

*/s/ Adam W. Poff*

Adam W. Poff (No. 3990)

cc:  All counsel of record (via e-mail)

27289262.1