IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC., *Plaintiff,* v. NEXT CALLER, INC., *Defendant.* | C.A. No. 18-172-MN-JLH |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff TRUSTID, Inc. respectfully moves this Court to schedule a teleconference to address an outstanding dispute regarding the following discovery matter:

• Whether Next Caller, Inc. must identify by name its new customers acquired since the close of fact discovery on August 20, 2019

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date: June 2, 2021.

Delaware Counsel:

Plaintiff: Adam Poff

Defendant: Jack Blumenfeld

Lead Counsel:

Plaintiff: Jonathan Tuminaro

Defendant: Sarah Chapin Columbia

The parties are available for a teleconference on the following dates: **June 14, 18 or 23, 2021**.

| | |
|---|---|
| Date: June 7, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | /s/ *Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com |
| | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on June 7, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on June 7, 2021, I caused the foregoing document to be served by e-mail upon the following counsel:

Jack B. Blumenfeld
Megan E. Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com

Ian B. Brooks
MCDERMOTT WILL & EMERY LLP
500 North Capitol Streeet NW
Washington DC 20001
(202) 756-8000
ibrooks@mwe.com

Sarah Chapin Columbia
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
(617) 535-4074
scolumbia@mwe.com

Jiaxiao Zhang
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
(949) 851-0633
jiazhang@mwe.com

*Attorneys for Next Caller Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
(302) 571-6600
apoff@ycst.com

Dated: June 7, 2021

*Attorneys for TRUSTID, Inc.*

23028924.1

2