

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

June 24, 2021

**HAND DELIVERY & CM/ECF**

The Honorable Judge Maryellen Noreika
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

Re:   *TRUSTID, Inc. v. Next Caller, Inc.*,
C.A. No. 18-172-MN

Dear Judge Noreika:

Plaintiff TRUSTID, Inc. hereby submits: (1) TRUSTID, Inc.'s Motion *in Limine* #3: Motion to Exclude Next Caller from Referencing Prior Litigation During Trial; (2) Defendant Next Caller, Inc.'s Response to TRUSTID's Motion *in Limine* #3; and (3) TRUSTID, Inc.'s Reply In Support of Motion *in Limine* #3 (collectively, "TRUSTID MIL #3").

The enclosures also include a cover page which may be used to supplement the proposed pretrial order with TRUSTID MIL #3 attached as Exhibit 7P.3.

Counsel are available should Your Honor have any questions.

Respectfully submitted,

*/s/ Adam W. Poff*

Adam W. Poff (No. 3990)

AWP
cc:   All Counsel of Record via e-mail

28275223.1