

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

July 2, 2021

**HAND DELIVERY & CM/ECF**

The Honorable Judge Maryellen Noreika
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

      Re:    *TRUSTID, Inc. v. Next Caller, Inc.,* C.A. No. 18-172-MN

Dear Judge Noreika:

    Enclosed please find the Final Jury Instructions, Voir Dire, and Verdict Form.

    Should Your Honor have any questions, counsel are available at the Court's convenience.

                Respectfully submitted,

                */s/ Adam W. Poff*

                Adam W. Poff (No. 3990)

AWP
cc:   All Counsel of Record via e-mail

28304811.1

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F   302.571.1253    YoungConaway.com