IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-172 (MN) |
| | ) |
| NEXT CALLER INC., | ) |
| | ) |
| Defendant. | ) |

**VERDICT FORM**

# INSTRUCTIONS

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answer to each question must be **unanimous**. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "The '985 patent" refers to U.S. Patent No. 9,001,985;

2. "The '532 patent" refers to U.S. Patent No. 8,238,532; and

3. "The '913 patent" refers to U.S. Patent No. 9,871,913.

These three patents are together sometimes referred to as "the patents-in-suit."

"TRUSTID" refers to Plaintiff TRUSTID, Inc. and "Next Caller" refers to Defendant Next Caller Inc.

1

## INFRINGEMENT

**QUESTION NO. 1:** Did TRUSTID prove by a preponderance of the evidence that Next Caller directly infringed any of the Asserted Claims of the patents-in-suit listed below?

|  | Yes<br>(for TRUSTID) | No<br>(for Next Caller) |
|---|---|---|
| **Claim 1 of the '985 patent** | _____ | ✓ |
| **Claim 4 of the '985 patent** | _____ | ✓ |
| **Claim 10 of the '985 patent** | _____ | ✓ |
| **Claim 32 of the '532 patent** | _____ | ✓ |
| **Claim 48 of the '532 patent** | _____ | ✓ |
| **Claim 50 of the '532 patent** | _____ | ✓ |

2

**QUESTION NO. 2:** Did TRUSTID prove by a preponderance of the evidence that any specific customer of Next Caller directly infringed any of the Asserted Claims of the '913 patent listed below?

|  | Yes<br>(for TRUSTID) | No<br>(for Next Caller) |
|---|---|---|
| Claim 1 of the '913 patent | _____ | ✓ |
| Claim 14 of the '913 patent | _____ | ✓ |
| Claim 15 of the '913 patent | _____ | ✓ |

*If you answered "Yes" for any patent claim in Question No. 2, you must answer Question Nos. 3-4 for that claim or those claims as well as Question No. 5 for the '913 patent.*

*If you answered "Yes" for any patent claim in Question No. 1, you must answer Question No. 5 for that patent or those patents.*

*If you answered "No" to all portions of Question Nos. 1 and 2, skip Question Nos. 3-5 and proceed to Question No. 6.*

**QUESTION NO. 3:** Did TRUSTID prove by a preponderance of the evidence that Next Caller induced infringement of any of the Asserted Claims of the '913 patent listed below?

|  | Yes<br>(for TRUSTID) | No<br>(for Next Caller) |
|---|---|---|
| Claim 1 of the '913 patent | _____ | _____ |
| Claim 14 of the '913 patent | _____ | _____ |
| Claim 15 of the '913 patent | _____ | _____ |

**QUESTION NO. 4:** Did TRUSTID prove by a preponderance of the evidence that Next Caller contributed to the infringement of any of the Asserted Claims of the '913 patent listed below?

|  | Yes<br>(for TRUSTID) | No<br>(for Next Caller) |
|---|---|---|
| Claim 1 of the '913 patent | _____ | _____ |
| Claim 14 of the '913 patent | _____ | _____ |
| Claim 15 of the '913 patent | _____ | _____ |

*If you answered "Yes" for any patent claim in Question Nos. 1, 3 or 4, you must answer Question No. 5 for the patent(s) that that claim or those claims are in. If you answered "No" to all portions of Question Nos. 1, 3, and 4, skip Question No. 5 and proceed to Question No. 6.*

4

## **WILLFUL INFRINGEMENT**

**QUESTION NO. 5:** Did TRUSTID prove by a preponderance of the evidence that Next Caller's infringement of the patents-in-suit listed below was willful?

|  | Yes<br>(for TRUSTID) | No<br>(for Next Caller) |
|---|---|---|
| The '985 patent | _____ | _____ |
| The '532 patent | _____ | _____ |
| The '913 patent | _____ | _____ |

## INVALIDITY

**QUESTION NO. 6:** Did Next Caller prove by clear and convincing evidence that any of the following claims of the patents-in-suit are invalid for anticipation based on the prior art you were instructed to consider?

|  | No (for TRUSTID) | Yes (for Next Caller) |
|---|---|---|
| Claim 32 of the '532 patent | ✓ | |
| Claim 48 of the '532 patent | ✓ | |
| Claim 50 of the '532 patent | ✓ | |
| Claim 1 of the '913 patent | ✓ | |
| Claim 14 of the '913 patent | ✓ | |
| Claim 15 of the '913 patent | ✓ | |

**QUESTION NO. 7:** Did Next Caller prove by clear and convincing evidence that any of the following claims of the patents-in-suit are invalid for obviousness based on the prior art you were instructed to consider?

|  | No (for TRUSTID) | Yes (for Next Caller) |
|---|---|---|
| Claim 32 of the '532 patent | ✓ | |
| Claim 48 of the '532 patent | ✓ | |
| Claim 50 of the '532 patent | ✓ | |
| Claim 1 of the '913 patent | ✓ | |
| Claim 14 of the '913 patent | ✓ | |
| Claim 15 of the '913 patent | ✓ | |

**QUESTION NO. 8:** Did Next Caller prove by clear and convincing evidence that, from the perspective of a person of ordinary skill in the art, the Asserted Claims of the '985 patent only involve activities that were well-understood, routine, and conventional as of May 19, 2009?

|  | No<br>(for TRUSTID) | Yes<br>(for Next Caller) |
|---|---|---|
| Claim 1 of the '985 patent | ✓ | |
| Claim 4 of the '985 patent | ✓ | |
| Claim 10 of the '985 patent | ✓ | |

**QUESTION NO. 9:** Did Next Caller prove by clear and convincing evidence that, from the perspective of a person of ordinary skill in the art, the Asserted Claims of the '532 patent only involve activities that were well-understood, routine, and conventional as of May 19, 2009?

|  | No<br>(for TRUSTID) | Yes<br>(for Next Caller) |
|---|---|---|
| Claim 32 of the '532 patent | ✓ | |
| Claim 48 of the '532 patent | ✓ | |
| Claim 50 of the '532 patent | ✓ | |

7

**QUESTION NO. 10:** Did Next Caller prove by clear and convincing evidence that, from the perspective of a person of ordinary skill in the art, the Asserted Claims of the '913 patent only involve activities that were well-understood, routine, and conventional as of January 20, 2012?

|  | No (for TRUSTID) | Yes (for Next Caller) |
|---|---|---|
| Claim 1 of the '913 patent | ✓ | |
| Claim 14 of the '913 patent | ✓ | |
| Claim 15 of the '913 patent | ✓ | |

*If you answered "Yes" for any claim or claims in Question Nos. 1, 3 or 4 and you answered "No" for that claim or those claims in Question Nos. 6 and 7,[1] you must answer Question Nos. 11 and 12. Otherwise, skip to Question No. 13.*

---

[1] Question Nos. 6 and 7 do not apply to the '985 patent. Therefore, for the purposes of this prompt, you should assume that the answer to Question Nos. 6 and 7 is "No" for the '985 patent.

8

## **COMPENSATORY DAMAGES FOR PATENT INFRINGEMENT**

**QUESTION NO. 11:** If you determine that TRUSTID is entitled to recover lost profits, what amount, if any, is TRUSTID entitled to in the amount of lost profits attributable to the sale of Next Caller's infringing services?

Answer: $ _____

**QUESTION NO. 12:** If you determine that TRUSTID is not entitled to recover lost profits, what amount, if any, if paid now, would fairly and reasonably compensate TRUSTID as a reasonable royalty for any infringement you have found?

Answer: $ _____

## FALSE ADVERTISING

**QUESTION NO. 13:** Did TRUSTID prove by a preponderance of the evidence that Next Caller is liable for false advertising under the Delaware Deceptive Trade Practices Act for the following statements?

|  | Yes<br>(for TRUSTID) | No<br>(for Next Caller) |
|---|---|---|
| "Increase 10% IVR Containment Rate" |  | ✓ |
| "pre-answer" |  | ✓ |

**QUESTION NO. 14:** Did TRUSTID prove by a preponderance of the evidence that Next Caller is liable for false advertising under the Lanham Act for the following statements?

|  | Yes<br>(for TRUSTID) | No<br>(for Next Caller) |
|---|---|---|
| "Increase 10% IVR Containment Rate" | ✓ |  |
| "pre-answer" |  | ✓ |

*If you answered "Yes" to Question No. 14 for either statement, you must answer Question Nos. 15 and 16. If you answered "No" to Question No. 14 for both statements, skip to the end of the verdict sheet (page 12).*

10

## DAMAGES FOR FALSE ADVERTISING

**QUESTION NO. 15:** What amount, if any, is TRUSTID entitled to recover as damages attributable to Next Caller's false advertising?

Answer: $ __1.44 million__

## PUNITIVE DAMAGES

**QUESTION NO. 16:** Did TRUSTID prove by a preponderance of the evidence that Next Caller's false advertising was willful?

| Yes | No |
|:---:|:---:|
| (for TRUSTID) | (for Next Caller) |
| ✓ | ____ |

*If you answered "Yes" to Question No. 16 for either statement, you must answer Question No. 17. If you answered "No" to Question No. 16 skip to the end of the verdict sheet (page 12),*

**QUESTION NO. 17:** What amount of punitive damages, if any, do you award TRUSTID for Next Caller's false advertising?

Answer: $ __1.44 million__

11

## CONCLUSION

You have reached the end of the verdict form. Review the completed form to ensure that it accurately reflects your **unanimous** determinations. All jurors should then sign and date the verdict form in the space below and notify the Court Security Officer that you have reached a verdict.

Dated: 7/16/21



12