IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-172 (MN) |
| | ) |
| NEXT CALLER INC., | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT FOLLOWING JURY VERDICT**

This 16th day of July 2021, the Court having held a jury trial and the jury having rendered a unanimous verdict on July 16, 2021 (*see* D.I. 296, 297), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiff TRUSTID, Inc. ("Plaintiff") and against Defendant Next Caller Inc. ("Defendant") with respect to anticipation, obviousness and patent eligibility of the asserted claims of U.S. Patent Nos. 9,001,985, 9,238,532 and 9,871,913 ("the patents-in-suit");

2. Judgment is entered in favor of Plaintiff and against Defendant with respect to false advertising under the Lanham Act for the "Increase 10% IVR Containment Rate" statement and willful false advertising;

3. Judgment is entered in favor of Defendant and against Plaintiff with respect to direct infringement, inducement and contributory infringement of the asserted claims of the patents-in-suit;

4. Judgment is entered in favor of Defendant and against Plaintiff with respect to false advertising under the Delaware Deceptive Trade Practices Act for the "Increase 10% IVR

Containment Rate" statement and the "pre-answer" statements, and for false advertising under the Lanham Act for the "pre-answer" statements (*see* D.I. 297 at 10);

5.      Judgment is entered in favor of Plaintiff and against Defendant for damages in the amount of $1,440,000.00 for actual loss caused by Defendant's false advertising under the Lanham Act; and

6.      Judgment is entered in favor of Plaintiff and against Defendant for punitive damages in the amount of $1,440,000.00 for Defendant's willful false advertising.

IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

IT IS STILL FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

*[Signature: Maryellen Noreika]*
_____
The Honorable Maryellen Noreika
United States District Judge