IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUSTID, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-172 (MN) |
| | ) | |
| NEXT CALLER INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NEXT CALLER'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
OF NO FALSE ADVERTISING AND NO PUNITIVE DAMAGES**

Pursuant to Fed. R. Civ. P. 50(b), defendant Next Caller Inc. hereby renews its motion for

judgment as a matter of law of no false advertising under the Lanham Act and no punitive damages.

The grounds for this motion are set forth in Next Caller's opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

OF COUNSEL:

Sarah Chapin Columbia
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA  02116
(617) 535-4074

Ian B. Brooks
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC  20001
(202) 756-8000

Jiaxiao Zhang
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA  92612-2565
(949) 851-0633

August 13, 2021

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 13, 2021, upon the following in the manner indicated:

Adam W. Poff, Esquire                                          *VIA ELECTRONIC MAIL*
Pilar G. Kraman, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiff TRUSTID, Inc.*

Byron L. Pickard, Esquire                                      *VIA ELECTRONIC MAIL*
Jonathan Tuminaro, Esquire
Michael D. Specht, Esquire
Richard Bemben, Esquire
Daniel S. Block, Esquire
Lauren Watt, Esquire
Tyler J. Dutton, Esquire
Deirdre M. Wells, Esquire
Robert Stout, Esquire
Paige Cloud, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
1100 New York Avenue, NW
Washington, DC  20005
*Attorneys for Plaintiff TRUSTID, Inc.*

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)