**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| TRUSTID, Inc., | |
| *Plaintiff*, | |
| v. | C.A. No: 18-172-MN |
| Next Caller Inc., | |
| *Defendant*. | |

**PLAINTIFF TRUSTID'S POST-TRIAL MOTIONS**

A five-day jury trial began on July 12, 2021. On July 16, 2021, the jury returned a verdict (D.I. 297), and the Court entered judgment (D.I. 299). The jury properly found, under the Lanham Act, that Next Caller falsely advertised the capabilities of its VeriCall product and awarded both compensatory and punitive damages. The jury improperly found, however, that VeriCall does not infringe TRUSTID's patents and that there was no false advertising under the Delaware Deceptive Trade Practices Act.

TRUSTID now submits the following post-trial motions:

1. Motion for judgment as a matter of law (JMOL) on infringement of U.S. Patent Nos. 8,238,532 ("'532 patent") and 9,001,985 ("'985 patent");

2. Motion for a new trial on willful infringement and damages for the '532 and '985 patents;

3. Motion for JMOL of false advertising under the Delaware Deceptive Trade Practices Act; and

4. Motion for pre-judgment and post-judgment interest on the jury's damages award.

Pursuant to District of Delaware Rule 7.1.1, counsel certifies that they have made

reasonable efforts to reach an agreement with Defendant on the motion for pre-judgment and post-judgment interest. The parties have failed to reach an agreement on the pre-judgment interest, but agreed that the post-judgment interest accrues at $5.92 per day.

Dated:  August 13, 2021

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP

*Of Counsel:*

Jonathan Tuminaro
Michael D. Specht
Byron L. Pickard
Richard M. Bemben
Daniel S. Block
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
1100 New York Avenue, NW
Washington, DC 20005
(202) 371-2600
jtuminar@sternekessler.com
mspecht@sternekessler.com
bpickard@sternekessler.com
rbemben@sternekessler.com
dblock@sternekessler.com

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiff TRUSTID, Inc.*