**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| TRUSTID, Inc., | |
| *Plaintiff*, | |
| v. | C.A. No: 18-172-MN |
| Next Caller Inc., | |
| *Defendant*. | |

**[PROPOSED] ORDER**

At Wilmington, this ___ day of _____, 2021, the Court, having considered Plaintiff TRUSTID, Inc.'s Motion for Judgment as a Matter of Law on Infringement of U.S. Patent Nos. 8,238,532 and 9,001,985, and any opposition thereto, and the Court having found good grounds for the requested relief; now, therefore IT IS HEREBY ORDERED THAT the motion is GRANTED.

_____
The Honorable Maryellen Noreika
United States District Judge