**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| TRUSTID, Inc.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>Next Caller Inc.,<br><br>    *Defendant*. | C.A. No: 18-172-MN |

## [PROPOSED] ORDER

At Wilmington, this ____ day of _____, 2021, the Court, having considered Plaintiff TRUSTID, Inc.'s Motion for a New Trial on Willful Infringement and Damages for U.S. Patent Nos. 8,238,532 and 9,001,985, and any opposition thereto, and the Court having found good grounds for the requested relief; now, therefore IT IS HEREBY ORDERED THAT the motion is GRANTED.

_____
The Honorable Maryellen Noreika
United States District Judge