**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

TRUSTID, Inc.,

     *Plaintiff,*

     v.

Next Caller Inc.,

     *Defendant.*

C.A. No: 18-172-MN

**[PROPOSED] ORDER**

At Wilmington, this ___ day of _____, 2021, the Court, having considered Plaintiff TRUSTID, Inc.'s Motion for Judgment as a Matter of Law of False Advertising under the Delaware Deceptive Trade Practices Act, and any opposition thereto, and the Court having found good grounds for the requested relief; now, therefore IT IS HEREBY ORDERED THAT the motion is GRANTED.

_____
The Honorable Maryellen Noreika
United States District Judge