**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRUSTID, Inc., | |
| *Plaintiff*, | |
| v. | C.A. No: 18-172-MN |
| Next Caller Inc., | |
| *Defendant*. | |

**[PROPOSED] ORDER**

At Wilmington, this ____ day of _____, 2021, the Court, having considered Plaintiff

TRUSTID, Inc.'s Motion for Pre-Judgment and Post-Judgment Interest on the Jury's Damages

Award, and any opposition thereto, and the Court having found good grounds for the requested

relief; now, therefore IT IS HEREBY ORDERED THAT the motion is GRANTED.

_____
The Honorable Maryellen Noreika
United States District Judge

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on August 13, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on July 29, 2001, I caused the foregoing document to be served by e-mail upon the following counsel:

Jack B. Blumenfeld
Megan E. Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com

Ian B. Brooks
MCDERMOTT WILL& EMERY LLP
500 North Capitol Streeet NW
Washington DC 20001
(202) 756-8000
ibrooks@mwe.com

Sarah Chapin Columbia
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
(617) 535-4074
scolumbia@mwe.com

Jiaxiao Zhang
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92612-2565
(949) 851-0633
jiazhang@mwe.com

*Attorneys for Next Caller Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801

(302) 571-6600
apoff@ycst.com

Dated: July 29, 2021

*Attorneys for TRUSTID, Inc.*

23028924.1

2