# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUSTID, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>NEXT CALLER INC.,<br><br>                Defendant. | C.A. No. 18-172-MN |

## FINAL JUDGMENT

This 19th day of January 2022, the jury having returned its verdict (D.I. 296, 297), and the Court having denied the motion of plaintiff TRUSTID, Inc. ("TRUSTID") for judgment as a matter of law, for a new trial, and for pre-judgment and post-judgment interest and having granted the motion of defendant Next Caller Inc. ("Next Caller") for judgment as a matter of law and for no punitive damages (*see* D.I. 329, 330), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

    1.    Judgment is entered in favor of Next Caller and against TRUSTID with respect to TRUSTID's claim for false advertising under the Lanham Act;

    2.    Judgment is entered in favor of Next Caller and against TRUSTID with respect to TRUSTID's claim for false advertising under the Delaware Deceptive Trade Practices Act;

    3.    Judgment is entered in favor of Next Caller and against TRUSTID with respect to direct infringement, induced infringement, and contributory infringement of the asserted claims of U.S. Patent Nos. 9,001,985, 9,238,532 and 9,871,913 ("the patents-in-suit"); and

4. Judgment is entered in favor of TRUSTID and against Next Caller with respect to anticipation, obviousness, and patent eligibility of the asserted claims of the patents-in-suit.[1]

IT IS FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to the later of thirty (30) days after the time for appeal has expired or thirty (30) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

**SO ORDERED** this 19th day of January 2022.

_____
The Honorable Maryellen Noreika
United States District Judge

---

[1] The Court of Appeals for the Federal Circuit has affirmed the PTAB's decision that claims 1 and 4 of U.S. Patent No. 9,001,985 are unpatentable. *TRUSTID, Inc. v. Next Caller, Inc.*, 2021 WL 4427918 (Fed. Cir. Sept. 27, 2021).